UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | Case No. CV-06-07361 AHM (AJWx) |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | Judge: Hon. A. Howard Matz |
| MYSPACE, INC., et al., | |
| Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1849410

1  Pursuant to the parties' Stipulation of Dismissal and Federal Rule of Civil
2  Procedure 41(a), the Court hereby orders that this action is dismissed in its entirety
3  with prejudice, each party to bear its own costs and expenses, including attorneys'
4  fees.

6  Dated: April 7, 2008

7  **Make JS-6**
   _____
8                    Hon. A. Howard Matz
                     United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1849410                                - 1 -